# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>3780 SOUTH OGDEN AVENUE, SOUTH OGDEN,<br>UTAH 84403 | )<br>)<br>)   Case No. 2:23mj96 CMR<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporation herein by reference

located in the _____ District of Utah, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporation herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(6) | False Statement During Acquisition of Firearms |

The application is based on these facts:
See Affidavit in Support of an Application for Search Warrant

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

CHRISTOPHER A ISEK  *Digitally signed by CHRISTOPHER A ISEK*
*Date: 2023.02.02 11:17:24 -07'00'*

*Applicant's signature*

SA CHRISTOPHER ISEK, DHS FPS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Zoom Video Conference   *(specify reliable electronic means)*.

Date: 02/02/2023

*Judge's signature*

City and state: Salt Lake City, Utah    CECILIA M. ROMERO, United States Magistrate Judge
*Printed name and title*